

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-18-00149-CV
_____

OBED ROSAS, APPELLANT

V.

ISCADER PENALOZA, APPELLEE

On Appeal from the 108th District Court
Potter County, Texas
Trial Court No. 90,648-E; Honorable Douglas R. Woodburn, Presiding

November 2, 2018

## MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Pending before this court is a motion to dismiss filed by Appellant, Obed Rosas. Without passing on the merits of the appeal, Rosas's motion is granted and the appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1). Having dismissed this appeal at Rosas's request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam